**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| FEDERICO VILLEGAS-RIVAS, RYAN EHRLICHER, FERNANDO ANGEL, LUIS GALVAN, DANIEL CARDENAS, and GERARDO HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>ODEBRECHT CONSTRUCTION, INC., AND ZACHRY CONSTRUCTION CORPORATION,<br><br>    Defendants. | Civil Action No.<br> 4:18-cv-01181 |

**DEFENDANTS' CORPORATE DISCLOSURE**
**STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

Defendants Odebrecht Construction, Inc. ("Odebrecht") and Zachry Construction Corporation ("Zachry") hereby file their Corporate Disclosure Statement and Certificate of Interested Parties in accordance with Rule 7.1 of the Federal Rules of Civil Procedure and the Court's Order for Conference and Disclosure of Interested Parties (Dkt. No. 4), as follows:

1.      Odebrecht Construction, Inc. is a wholly-owned subsidiary of Odebrecht Engenharia e Construcao Internacional SA.  No publicly held corporation owns any of Odebrecht Construction, Inc.'s stock.

2.      Zachry Construction Corporation is a wholly-owned subsidiary of H.B. Zachry Company, LLC.   No publicly held corporation owns any of Zachry Construction Corporation's stock.

3.      Persons financially interested in this litigation are:

    a.  Odebrecht Construction, Inc., Defendant

    b.  Zachry Construction Corporation, Defendant

    c.  Odebrecht Engenharia e Construcao Internacional SA

    d.  H.B. Zachry Company, LLC

    e.  Federico Villegas-Rivas, Plaintiff

    f.  Ryan Ehrlicher, Plaintiff

    g.  Fernando Angel, Plaintiff

    h.  Luis Galvan, Plaintiff

    i.  Daniel Cardenas, Plaintiff

    j.  Gerardo Hernandez, Plaintiff

    h.  All other persons and entities listed on Plaintiffs' Certificate of Interested Parties.

*[SIGNATURE BLOCK ON FOLLOWING PAGE]*

Respectfully submitted this 12th day of June, 2018.

/s/ *Patricia G. Griffith*

Patricia G. Griffith
*Attorney-in-Charge*
*(Pro Hac Vice to be Filed)*
Georgia Bar No. 311928
pgriffith@fordharrison.com
Patrick L. Ryan
*(Pro Hac Vice to be Filed)*
Georgia Bar No. 269833
pryan@fordharrison.com

FORD & HARRISON LLP
271 17th Street, NW
Suite 1900
Atlanta, GA  30363
Telephone: (404) 888-3831
Facsimile:  (404) 888-3863

Jacob M. Monty
Texas Bar No. 00789498
jmonty@montyramirez.com

MONTY & RAMIREZ, LLP
150 West Parker Road, 3rd Floor
Houston, Texas 77076
Telephone:  (281) 493-5529
Facsimile:  (281) 493-5983

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of June, 2018, a true and correct copy of the above and foregoing instrument was served upon counsel of record referenced below via the Court's notice of electronic filing service:

Alfonso Kennard, Jr.
Alfonso.kennard@kennardlaw.com
Keenya R. Harrold
keenya.harrold@kennardlaw.com
Kennard Blankenship Robinson P.C.
2603 Augusta Drive, Suite 1450
Houston, Texas  77057
Facsimile:  (713) 742-0951


/s/ *Patricia G. Griffith*
Patricia G. Griffith
*Attorney for Defendants*


WSACTIVELLP:9836950.1