**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **FEDERICO VILLEGAS-RIVAS,** | § | |
| **RYAN EHRLICHER, FERNANDO** | § | |
| **ANGEL, LUIS GALVAN, DANIEL** | § | |
| **CARDENAS, AND GERARDO** | § | |
| **HERNANDEZ, Individually and On** | § | |
| **Behalf of All Others Similarly Situated,** | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.: 4:18-cv-01181** |
| | § | |
| **ODEBRECHT CONSTRUCTION,** | § | **JURY DEMANDED** |
| **INC., AND ZACHRY** | § | |
| **CONSTRUCTION CORPORATION** | § | |
| | § | |
| *Defendants*. | § | |
| | § | |
| | § | |

**NOTICE OF APPEARANCE FOR PLAINTIFF**

**To the Clerk of Court and all parties of record:**

Please take notice that the following attorney is making an appearance as counsel for Plaintiffs, individually and on behalf of all others similarly situated, in the above-styled and numbered cause:

**Yanice Colon-Pol**
Texas Bar No. 24104276
S.D. ID 3136493
Kennard Richard, P.C.
2603 Augusta Drive, Suite 1450
Houston, Texas 77057
Main: (713) 742-0900
Fax: (713) 742-0951
Email:Yanice.Colon@kennardlaw.com

Attorney Alfonso Kennard, Jr., shall remain attorney-in-charge for Plaintiff and requests to

continue receiving all notices, filings, and correspondence in this action.

Accordingly, Plaintiff request that Alfonso Kennard and Yanice Colon-Pol, be included in all certificates of service, and that they receive notice of all filings and correspondence in this action.

Respectfully Submitted,



*/s/ Yanice Colon-Pol*
Yanice Colon-Pol
Texas Bar No. 24104276
S.D. 3136493
2603 Augusta Dr., Ste. 1450
Houston, Texas 77057
Main: 713.742.0900
Fax: 713.742.0951
Email: yanice.colon@kennardlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **13th day of June, 2018,** a true and correct copy of the foregoing instrument was filed with the Court and served on counsel for Defendants using the Court's CM/ECF system.

*/s/ Yanice Colon-Pol*