## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| FEDERICO VILLEGAS-RIVAS, FERNANDO ANGEL, DANIEL CARDENAS, and GERARDO HERNANDEZ,<br><br>        Plaintiffs,<br><br>   v.<br><br>ODEBRECHT CONSTRUCTION, INC., AND ZACHRY CONSTRUCTION CORPORATION,<br><br>        Defendants. | Civil Action No.<br>4:18-cv-01181 |

## UNOPPOSED JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

Plaintiffs Federico Villegas-Rivas, Fernando Angel, Daniel Cardenas, and Gerardo Hernandez (together "Plaintiffs"), and Odebrecht Construction, Inc. and Zachry Construction Corporation (together "Defendants"), move jointly for approval of their settlement and to dismiss this case with prejudice. In support of their Joint Motion, the Parties show the Court as follows:

1. On April 13, 2018, Plaintiffs filed the above-captioned lawsuit against Defendants, which is currently pending before the United States District Court for the Southern District of Texas, Houston Division ("Lawsuit"), alleging that Defendants improperly classified them as exempt employees and thus willfully required them and other similarly situated employees to work hours in excess of forty hours per work week without proper compensation for all hours worked, and that Defendants failed to maintain accurate records of hours worked by Plaintiffs and other similarly situated employees in violation of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 et seq. ("FLSA"). Defendants denied and continue to deny all liability to Plaintiffs,

and there was and is a bona fide dispute over Plaintiffs' allegations.

2.    Plaintiffs moved for conditional certification, and that motion was denied on October 10, 2018. The Parties have conducted discovery in this case in the form of requests for production of documents and interrogatories.

3.    Based on the discovery herein and the cost, expense, and inconvenience of continued litigation, Plaintiffs and Defendants have engaged in meaningful settlement negotiations over the course of several months.

4.    As a result of these negotiations, Plaintiffs and Defendants entered into a confidential settlement agreement. Plaintiffs entered into that agreement voluntarily and knowingly, and understand fully the meaning and effect of their action in executing the agreement. Each of the Plaintiffs was notified of the terms of the agreement and was informed of the amount he would receive under the agreement. Plaintiffs and Defendants agree that all terms of the agreement are fair and reasonable and have no objections to the agreement.

5.    Under the terms of the agreement, Plaintiffs' counsel will receive a reasonable attorneys' fee.

6.    The agreement was reached in order to compromise, settle, and resolve bona fide disputes between Plaintiffs and Defendants, including, but not limited to, whether Defendants' payment practices violated the FLSA; whether any violations of the FLSA were willful; and how damages, if any, to Plaintiffs should be calculated. Therefore, the agreement resolves all of Plaintiffs' claims for damages under the FLSA, including unpaid wages, liquidated damages, attorney's fees, and costs.

7.     A proposed order is attached to this Joint Motion for the Court's consideration and execution.

WHEREFORE, Plaintiffs and Defendant pray that this Court grant their Joint Motion, approve their settlement, and dismiss this case with prejudice.

Dated this the 21st date of December 2018.

FORD & HARRISON LLP
271 17th Street, NW
Suite 1900
Atlanta, GA  30363
Telephone:     (404) 888-3831
Facsimile:      (404) 888-3863

/s/ Patricia G. Griffith
_____
Patricia G. Griffith
*Attorney-in-Charge*
Georgia Bar No. 311928
pgriffith@fordharrison.com
Patrick L. Ryan
Georgia Bar No. 269833
pryan@fordharrison.com
(*Attorneys Admitted Pro Hac Vice*)

MONTY & RAMIREZ, LLP
150 West Parker Road, 3rd Floor
Houston, Texas 77076
Telephone:     (281) 493-5529
Facsimile:      (281) 493-5983

Jacob M. Monty
Texas Bar No. 00789498
jmonty@montyramirez.com

*Attorneys for Defendants*

KENNARD LAW, P.C.
2603 Augusta Drive, Suite 1450
Houston, Texas 77057
Telephone:     (713) 742-0900
Facsimile:      (713) 742-0951

/s/ Yanice Colon-Pol
_____
Yanice Colon-Pol
Texas Bar No. 24104276
Southern District No. 3136493
Yanice.colon@kennardlaw.com

*Attorneys for Plaintiffs*