United States District Court
Southern District of Texas
**ENTERED**
February 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **FEDERICO VILLEGAS-RIVAS**, *et al*, <br><br> Plaintiffs, <br> VS. <br><br> **ODEBRECHT CONSTRUCTION, INC.**, *et al*, <br><br> Defendants. | § § § § § § § § § § § CIVIL ACTION NO. 4:18-CV-1181 |

### ORDER

ON THIS DAY, the Court considered the Corrected Amended Motion to Approve Settlement. The parties' order is **GRANTED**.

**IT IS SO ORDERED.**

SIGNED this 7th day of February, 2019.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE